UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LEE KINSTLEY, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF SAN FRANCISCO, et al.<br><br>      Defendants. | No. C 07-2323 PJH (BZ)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Following a case management conference on August 13, 2007, at which plaintiffs were present in pro per, **IT IS ORDERED**:

    1.  The Case Management Conference is continued until **October 29, 2007 at 4:00 p.m.**

    2.  Plaintiffs' time to serve defendants under Rule 4(m) of the Federal Rules of Civil Procedure is extended to **October 1, 2007.**

    3.  Plaintiffs shall file a related case motion under Local Rule 3-12.

1

4. Plaintiffs shall serve defendants with a copy of this Order.

Dated: August 14, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KINSTLEY\CONTINUE.CMC.wpd