1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    MARIA LEE KINSTLEY,                          No. C07-02323 MJJ

12              Plaintiff,                          **ORDER TO SHOW CAUSE**

13       v.

14    CITY AND COUNTY OF SAN FRANCISCO,

15              Defendant.
                                              /

16

17        The Court has received no opposition or statement of non-opposition from Plaintiff to

18    Defendant's Motion to Dismiss, which is scheduled for hearing on December 11, 2007.  Under the

19    Court's October 26, 2007 Notice (Docket no. 20), the opposition was due on October 31, 2007.  This

20    hearing is hereby **VACATED**.

21

22        Plaintiff is hereby **ORDERED** to show good cause in writing, by November 26, 2007, why

23    no opposition or statement of non-opposition has been filed to date, and why any tardy filing should

24    be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing

25    Order for civil cases.

26

27

28

**United States District Court**
For the Northern District of California

Plaintiff is **ORDERED** to file an opposition or statement of non-opposition concurrently with the response to this order to show good cause.  Defendant may file a reply one week after Plaintiff's opposition is filed.  Failure to respond to this order shall result in the imposition of sanctions, which may include granting the motion.

**IT IS SO ORDERED.**

Dated: November 8, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2