United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARIA LEE KINSTLEY, et al.,

                    Plaintiff(s),

    vs.

SAN FRANCISCO COUNTY SUPERIOR
COURT,

                    Defendant(s).
_____/

No. C 07-2323 SBA (MEJ)

**ORDER SCHEDULING HEARING
RE: DISCOVERY DISPUTE**

        The Court is in receipt of the parties' joint discovery dispute letter, filed October 31, 2008.

(Dkt. #66.)  Upon review of the letter, the Court finds it appropriate to conduct a hearing on the

matter.  Accordingly, the Court ORDERS the parties to appear for a hearing on November 20, 2008

at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

        **IT IS SO ORDERED.**

Dated: November 13, 2008                        _____
                                                MARIA-ELENA JAMES
                                                United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KINSTLEY ET AL et al,

        Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO ET
AL et al,

        Defendant.
_____/

Case Number: CV07-02323 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth R. Kinstley
Maria Lee Kinstley
P.O. Box 126
Walnut Creek,  CA 94597

Dated: November 13, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

Page 2 of  2