THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LEE KINSTLEY and KENNETH R. KINSTLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY & COUNTY OF SAN FRANCISCO, CITY OF PLEASANT HILL, and DIANNE KENNEY,<br><br>    Defendants.<br>_____/ | Case No. 07-02323 SBA<br><br>**ORDER**<br>**[Docket No. 76]** |

Before the Court is the Plaintiffs' "3rd Request for Stay." For the reasons discussed in the conference call which occurred December 19, 2008, at 3:00 p.m., with plaintiffs and defense counsel, the Court DENIES the request to stay the action.

IT IS SO ORDERED.

Dated: 12/19/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KINSTLEY ET AL et al,

        Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO ET AL et al,

        Defendant.

Case Number: CV07-02323 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Lee Kinstley
P.O. Box 126
Walnut Creek, CA 94597

Dated: December 22, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2