**United States District Court**
For the Northern District of California

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LEE KINSTLEY and KENNETH R. KINSTLEY,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY & COUNTY OF SAN FRANCISCO, CITY OF PLEASANT HILL, and DIANNE KENNEY,<br><br>   Defendants.<br>_____/ | Case No. 07-02323 SBA<br><br>**ORDER**<br>**[Docket Nos. 52, 54, 63]** |

Before the Court are Plaintiffs' "Request for Stay and Case Management Statement," filed on July 21, 2008 [Docket No. 52], Defendant's Administrative Motion to Strike the Request for Stay and Case Management Statement, [Docket No. 54], and Plaintiffs' "Notice of Harassment and 2nd Motion to Stay" filed on September 14, 2008. [Docket No. 63]. Neither of plaintiffs' pending motions to stay were noticed for a hearing, and only came to the attention of the Court when the plaintiffs filed and properly noticed for hearing their "3rd Request for Stay," on November 24, 2008. [Docket No. 76].

On December 22, 2008, the Court issued an Order denying the Plaintiff's "3rd Request for Stay." [Docket No. 76]. This Order obviates the need for the Court to rule on the prior orders because they are duplicative. Thus, the first and second requests to stay the action are DENIED AS MOOT. For the same reason, the Court DENIES AS MOOT the Defendant's motion to strike the request for stay for failure to notice it for a hearing.

IT IS SO ORDERED.

Dated: 1/15/09

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KINSTLEY ET AL et al,

        Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO ET AL et al,

        Defendant.

Case Number: CV07-02323 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth R. Kinstley
P. O. Box 126
Walnut Creek, CA 94597

Maria Lee Kinstley
P.O. Box 126
Walnut Creek, CA 94597

Dated: January 16, 2009

                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk

2

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LEE KINSTLEY and KENNETH R. KINSTLEY,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY & COUNTY OF SAN FRANCISCO, CITY OF PLEASANT HILL, and DIANNE KENNEY,<br><br>          Defendants.          / | Case No. 07-02323 SBA<br><br>**ORDER**<br>**[Docket Nos. 52, 54, 63]** |

Before the Court are Plaintiffs' "Request for Stay and Case Management Statement," filed on July 21, 2008 [Docket No. 52], Defendant's Administrative Motion to Strike the Request for Stay and Case Management Statement, [Docket No. 54], and Plaintiffs' "Notice of Harassment and 2nd Motion to Stay" filed on September 14, 2008. [Docket No. 63]. Neither of plaintiffs' pending motions to stay were noticed for a hearing, and only came to the attention of the Court when the plaintiffs filed and properly noticed for hearing their "3rd Request for Stay," on November 24, 2008. [Docket No. 76].

On December 22, 2008, the Court issued an Order denying the Plaintiff's "3rd Request for Stay." [Docket No. 76]. This Order obviates the need for the Court to rule on the prior orders because they are duplicative. Thus, the first and second requests to stay the action are DENIED AS MOOT. For the same reason, the Court DENIES AS MOOT the Defendant's motion to strike the request for stay for failure to notice it for a hearing.

IT IS SO ORDERED.

Dated: 1/15/09

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KINSTLEY ET AL et al,

      Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO ET AL et al,

      Defendant.

Case Number: CV07-02323 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth R. Kinstley
P. O. Box 126
Walnut Creek, CA 94597

Maria Lee Kinstley
P.O. Box 126
Walnut Creek, CA 94597

Dated: January 16, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2