JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
City of Pleasant Hill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LEE KINSTLEY | Case No. C07-2323 SBA MEJ |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CITY OF PLEASANT HILL, <u>WITH PREJUDICE, PER FRCP 41(A)(1)</u>** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, CITY OF PLEASANT HILL, DIANNE KENNEY, | Trial Date:    September 14, 2009 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through Plaintiff in pro per MARIA KINSTLEY and Defendant CITY OF PLEASANT HILL's respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendant CITY OF PLEASANT HILL is hereby dismissed from this action, with prejudice, each party to bear their own fees and costs with regard to this dismissed Defendant.

IT IS SO STIPULATED.

///

1 | Dated: January ___, 2009        PLAINTIFF IN PRO PER

By: _____
   Maria Kinstley, Plaintiff in Pro Per

Dated: January 23, 2009          MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                 PFALZER, BORGES & BROTHERS LLP


By: _____
   James V. Fitzgerald, III
   Noah G. Blechman
   Attorneys for Defendant
   City of Pleasant Hill

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: 1/29/09

*/s/ Sandra B. Armstrong*
_____
Honorable Sandra Brown Armstrong
United States District Court Judge

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT           2
CITY OF PLEASANT HILL - Case No. C07-2323 SBA MEJ

## NO OBJECTION BY DEFENDANT CITY AND COUNTY OF SAN FRANCISCO AND DIANE KENNY

Defendant City and County of San Francisco and Diane Kenny have no objection to Plaintiff MARIA KINSTLEY's dismissal of the CITY OF PLEASANT HILL, with prejudice.

Dated: January 26, 2009          SAN FRANCISCO CITY ATTORNEY'S OFFICE

                                 By:  /s/ Robert A. Bonta
                                      Robert A. Bonta
                                      Attorneys for Defendant City and County of San Francisco
                                      and Diane Kenny

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330