DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:      (415) 554-3837
E-Mail:          robert.bonta@sfgov.org

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO and
DIANNE KENNY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LEE KINSTLEY and KENNETH R. KINSTLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, CITY OF PLEASANT HILL and DIANNE KENNY,<br><br>Defendants. | Case No. C 07-02323 SBA<br><br>**STIPULATION AND ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF AND EXPERT DESIGNATION AND EXPERT DISCOVERY CUTOFF DEADLINES**<br><br>Trial Date:            September 14, 2009 |

The undersigned parties, through counsel and plaintiff in pro per, respectively, STIPULATE and AGREE and jointly request modification of the Court's July 11, 2008 Order for Pretrial Preparation as follows:

   Non-Expert Discovery Cutoff:  Tuesday, March 3, 2009 (From February 6, 2009)

   Parties' Designation of Experts:  Monday, May 4, 2009 (From March 20, 2009)

   Rebuttal Expert Disclosures:  Tuesday, May 26, 2009 (from April 10, 2009)

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
NON-EXPERT DISCO., EXPERT DESIG. & DISCO. CUTOFF
DEADLINES; USDC CASE NO.  C 07-02323 SBA (Oakland)

1

c:\documents and settings\workstation\local
settings\temp\notes06e812\stip and [proposed] order to continue
non-expert discovery cutoff and expert designation and expert
discovery cutoff deadlin.doc

1  Expert Discovery Cutoff: Tuesday, June 9, 2009 (from May 22, 2009)

2  All other dates, including the trial date, will remain the same.

3  The parties make this request based on the following circumstances:

4  Defendants had trouble taking the depositions of plaintiffs and needed the Court's assistance to
5  do so. Based on the depositions of the plaintiffs, which were completed very near to the original fact
6  discovery cutoff date of February 6, 2009, additional discovery was necessary. Plaintiff Mrs. Kinstley
7  agreed to appear for independent medical examinations on February 25 and March 3.

8  Because of the delay in the aforementioned fact discovery, additional time is needed to
9  designate experts and complete expert discovery.

10  The parties request continuations of the specified pretrial deadlines as set forth above.

11  There have been no other modifications to the Court's Order for Pretrial Preparation. No other
12  dates, besides the aforementioned, will be affected by the requested changes.

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE  2  
NON-EXPERT DISCO., EXPERT DESIG. & DISCO. CUTOFF  
DEADLINES; USDC CASE NO. C 07-02323 SBA (Oakland)**

c:\documents and settings\workstation\local settings\temp\notes06e812\stip and [proposed] order to continue non-expert discovery cutoff and expert designation and expert discovery cutoff deadlin.doc

**SIGNATURE PAGE TO STIPULATION AND [PROPOSED] ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF AND EXPERT DESIGNATION AND EXPERT DISCOVERY CUTOFF DEADLINES**

Dated: March 10, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ROBERT BONTA
Deputy City Attorneys

*-/s/ Robert Bonta-*

By:
ROBERT BONTA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
DIANNE KENNY

Dated: March 9, 2009

*-/s/ Maria Lee Kinstley*

By:
MARIA LEE KINSTLEY

Pro Per Plaintiff

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE NON-EXPERT DISCO., EXPERT DESIG. & DISCO. CUTOFF DEADLINES; USDC CASE NO.  C 07-02323 SBA (Oakland)**    3    c:\documents and settings\workstation\local settings\temp\notes06e812\stip and [proposed] order to continue non-expert discovery cutoff and expert designation and expert discovery cutoff deadlin.doc

**ORDER**

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the pre-trial deadlines be continued as follows:

Non-Expert Discovery Cutoff:  Tuesday, March 3, 2009

Parties' Designation of Experts:  Monday, May 4, 2009

Rebuttal Expert Disclosures:  Tuesday, May 26, 2009

Expert Discovery Cutoff:  Tuesday, June 9, 2009

All other dates, including the trial date, will remain the same.

DATED: 3/16/09

_____
Hon. Saundra B. Armstrong
U.S. District Judge

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE NON-EXPERT DISCO., EXPERT DESIG. & DISCO. CUTOFF DEADLINES; USDC CASE NO.  C 07-02323 SBA (Oakland)**      4      c:\documents and settings\workstation\local settings\temp\notes06e812\stip and [proposed] order to continue non-expert discovery cutoff and expert designation and expert discovery cutoff deadlin.doc

# PROOF OF SERVICE

I, FOLASHADE ADESANWO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On March 13, 2009 I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF AND EXPERT DESIGNATION AND EXPERT DISCOVERY CUTOFF DEADLINES**

on the following persons at the locations specified:

**Maria Lee Kinstley**
**P.O. Box 126**
**Walnut Creek, CA 94597**

**Phone: (925) 695-5534 or**
**(925) 285-8194**
**Fax: (925) 943-1994**
**Email: kmkinstley@hotmail.com**
**PRO SE *Served via US MAIL**

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed March 13, 2009, at San Francisco, California.

/s/
FOLASHADE ADESANWO