1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4268
6  Facsimile:     (415) 554-3837
   E-Mail:        robert.bonta@sfgov.org

7

8  Attorneys for Defendants
   CITY & COUNTY OF SAN FRANCISCO and
9  DIANNE KENNY

10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14 | MARIA LEE KINSTLEY and KENNETH | Case No. C 07-02323 SBA |
   | R. KINSTLEY, | |
15 | | **ORDER GRANTING DEFENDANT DIANE** |
   | Plaintiffs, | **KENNY'S ADMINISTRATIVE REQUEST FOR A** |
16 | | **MODEST ONE-DAY CONTINUANCE OF TIME** |
   | vs. | **TO FILE REPLY BRIEF IN SUPPORT OF** |
17 | | **MOTION FOR SUMMARY JUDGMENT** |
   | CITY & COUNTY OF SAN FRANCISCO, | |
   | CITY OF PLEASANT HILL and DIANNE | |
18 | KENNY, | |
   | | Trial Date:          September 14, 2009 |
19 | Defendants. | |

20

21

22

23

24

25

26

27

28  **DEFS ADMIN. REQUEST TO CONTINUE MSJ DEADLINE**          1          c:\documents and settings\workstation\local
    **USDC CASE NO.  C 07-02323 SBA (Oakland)**                         settings\temp\notes06e812\[proposed] order granting defendant
                                                                        diane kenny's administrative request for a modest one-day
                                                                        continuance of time to file re.doc

1    On July 16, 2009, defendant Diane Kenny requested a modest one-day continuance of time, or

2 until July 17, 2009, file her reply brief in support of her motion for summary judgment in this matter.

3    After full consideration of the briefing, the Court rules as follows:

4    The Court hereby GRANTS Defendant's Administrative Request For A Modest One-Day

5 Continuance Of Time To File Reply Brief In Support Of Motion For Summary Judgment.  Defendant

6 will have until Friday, July 17, 2009 to file her reply brief in support of her motion for summary

7 judgment.

8    IT IS SO ORDERED.

9

10    Dated: 7/17/09                        _____

11                                        HONORABLE SAUNDRA B. ARMSTRONG
                                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   **DEFS ADMIN. REQUEST TO CONTINUE MSJ DEADLINE**        2        c:\documents and settings\workstation\local
     **USDC CASE NO.  C 07-02323 SBA (Oakland)**                       settings\temp\notes06e812\[proposed] order granting defendant
                                                                        diane kenny's administrative request for a modest one-day
                                                                        continuance of time to file re.doc

1

## PROOF OF SERVICE

2   I, FOLASHADE ADESANWO, declare as follows:

3   I am a citizen of the United States, over the age of eighteen years and not a party to the above-
entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building,

4   1390 Market Street, Fifth Floor, San Francisco, CA 94102.

5   On July 16, 2009 I served the following document(s):

6   **[PROPOSED] ORDER GRANTING DEFENDANT DIANE KENNY'S ADMINISTRATIVE
REQUEST FOR A MODEST ONE-DAY CONTINUANCE OF TIME TO FILE REPLY BRIEF

7   IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

8   on the following persons at the locations specified:

9   **Maria Lee Kinstley
P.O. Box 126

10   Walnut Creek, CA 94597**

11   **Phone: (925) 695-5534 or
(925) 285-8194**

12   **Fax: (925) 943-1994
Email: kmkinstley@hotmail.com**

13   **PRO SE *Served via US MAIL**

14   in the manner indicated below:

15   ☒   **BY UNITED STATES MAIL**:  Following ordinary business practices, I sealed true and correct copies of
the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with

16   the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's
Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed

17   for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

18   I declare under penalty of perjury pursuant to the laws of the State of California that the
foregoing is true and correct.

19
Executed July 16, 2009, at San Francisco, California.

20   *-/s/ Folashade Adesanwo-*

21

22   FOLASHADE ADESANWO

23

24

25

26

27

28   **DEFS ADMIN. REQUEST TO CONTINUE MSJ DEADLINE**        3        c:\documents and settings\workstation\local
**USDC CASE NO.  C 07-02323 SBA (Oakland)**                        settings\temp\notes06e812\[proposed] order granting defendant
diane kenny's administrative request for a modest one-day
continuance of time to file re.doc