| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
|   | Chief Trial Deputy |
| 3 | ROBERT A. BONTA, State Bar #202668 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone:    (415) 554-4268 |
| 6 | Facsimile:     (415) 554-3837 |
|   | E-Mail:         robert.bonta@sfgov.org |

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO and
DIANNE KENNY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LEE KINSTLEY and KENNETH R. KINSTLEY, | Case No. C 07-02323 SBA |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONSENTING TO PROCEED BEFORE A MAGISTRATE JUDGE, TO POTENTIAL TRIAL DATES, AND TO REFERRAL TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE** |
| vs. | |
| CITY & COUNTY OF SAN FRANCISCO, CITY OF PLEASANT HILL and DIANNE KENNY, | |
| Defendants. | Trial Date:           None |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have United States Magistrate Judge Laurel Beeler, Maria-Elena James, or James Larson conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

1   The parties further stipulate to a trial date of any one of the following three dates:  May 9,
2   2011; May 16, 2011; or May 23, 2011.
3   Further, the parties request a Settlement Conference before a Magistrate Judge.

Dated:  October 1, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ROBERT BONTA
Deputy City Attorneys

By: *-/s/ Robert Bonta*
ROBERT BONTA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
DIANNE KENNY

Dated:  October 1, 2010

By: *-/s/ Maria Lee Kinstley*
MARIA LEE KINSTLEY

Pro Per Plaintiff
Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

**ORDER**

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the undersigned parties hereby be assigned to *United States Magistrate Judge James* to conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

IT IS FURTHER ORDERED that the trial in this matter commence on to be determined by Magistrate James.

IT IS FURTHER ORDERED that the parties be referred to a Magistrate Judge for a settlement conference.

IT IS SO ORDERED.

DATED:10/5/10

_____
HON. SAUNDRA B. ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KINSTLEY ET AL et al,

        Plaintiff,

 v.

CITY & COUNTY OF SAN FRANCISCO ET AL et al,

        Defendant.

           Case Number: CV07-02323 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Kinstley
P. O. Box 126
Walnut Creek, CA 94597

Dated: October 5, 2010

           Richard W. Wieking, Clerk

           By: LISA R CLARK, Deputy Clerk