UNITED STATES DISTRICT COURT

Northern District of California

MARIA LEE KINSTLEY and KENNETH R. KINSTLEY,

                Plaintiffs,

  v.

CITY & COUNTY OF SAN FRANCISCO, CITY OF PLEASANT HILL, and DIANNE KENNY

                Defendants.
_____/

No. C-07-02323 MEJ

**NOTICE OF REASSIGNMENT**

**ORDER SCHEDULING STATUS CONFERENCE**

      This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. Accordingly, any previously noticed deadlines are VACATED. All future filings shall reflect the initials "MEJ" after the case number, as designated above, and the parties shall comply with the undersigned's standing orders, which may be obtained on the Court's website or in person at the Clerk's Office. When filing any documents, the parties shall lodge chambers copies as well.

      The Court shall conduct a status conference on November 18, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint status statement, including a list of all pending matters and related documents, by November 10, 2010.

**IT IS SO ORDERED.**

Dated: October 7, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KINSTLEY et al,

        Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV07-02323 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Kinstley
P. O. Box 126
Walnut Creek, CA 94597

Dated: October 7, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2