1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, Sixth Floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-4268
6 | Facsimile:      (415) 554-3837
E-Mail:         robert.bonta@sfgov.org

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO and
DIANNE KENNY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIA LEE KINSTLEY and KENNETH R. KINSTLEY,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, CITY OF PLEASANT HILL and DIANNE KENNY,<br><br>    Defendants. | Case No. C 07-02323 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING NOVEMBER 18, 2010 STATUS CONFERENCE TO APRIL 7, 2011**<br><br>Trial Date:           None |
|---|---|

        The undersigned parties, through counsel and plaintiff in pro per, respectively, STIPULATE and AGREE and jointly request that the November 18, 2010 Status Conference be continued until April 7, 2011, as counsel for defendants currently has a settlement conference in another matter on November 18, 2010 and plaintiff in pro per will not be available until March 2011 due to being out of the country.

Dated: November 10, 2010

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Deputy
          ROBERT BONTA
          Deputy City Attorneys

                *-/s/ Robert Bonta*
By:_____
    ROBERT BONTA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
DIANNE KENNY

Dated: November 10, 2010

                *-/s/ Maria Lee Kinstley*
By:_____
    MARIA LEE KINSTLEY

Pro Per Plaintiff
Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

**STIPULATION AND [PROPOSED] ORDER**
**C 07-02323 SBA (Oakland)**
        2        n:\lit\li2009\080381\00661949.doc

1 **ORDER**

2   Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the Statuts
3 Conference currently set for November 18, 2010 at 10:00 a.m. is continued until April 7, 2011 at 10:00
4 a.m.. The parties shall file their joint statement by March 31, 2011.

5

6   IT IS SO ORDERED.

7

8 DATED: November 10, 2010

9

10 _____
   HON. MARIA ELENA JAMES
   United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER**         3         n:\lit\li2009\080381\00661949.doc
**C 07-02323 SBA (Oakland)**