UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARIA LEE KINSTLEY and KENNETH R. KINSTLEY,<br><br>                Plaintiffs,<br>   v.<br><br>CITY & COUNTY OF SAN FRANCISCO, CITY OF PLEASANT HILL, and DIANNE KENNY<br><br>                Defendants.<br>_____/ | No. C-07-02323 MEJ<br><br>**ORDER VACATING STATUS CONFERENCE** |

On November 10, 2010, the Court scheduled a status conference in this matter to take place on April 7, 2011, and ordered the parties shall file a joint status statement by March 31, 2011. As no status report has been filed, the Court VACATES the April 7 status conference and ORDERS the parties to file a joint status report by April 28, 2011. Failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: April 5, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KINSTLEY et al,

        Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV07-02323 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria & Kenneth Kinstley
P. O. Box 126
Walnut Creek, CA 94597

Dated: April 5, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk