DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:      (415) 554-3837
E-Mail:          robert.bonta@sfgov.org

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO and
DIANE KENNY

*GRANTED*
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LEE KINSTLEY and KENNETH R. KINSTLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY & COUNTY OF SAN FRANCISCO, CITY OF PLEASANT HILL and DIANNE KENNEY, <br><br> Defendants. | Case No. 07-CV-02323 SBA <br><br> **JOINT STATUS REPORT** <br><br> Trial Date:   Not Set |

   Defendant Diane Kenny and pro se Plaintiff Maria Lee Kinstley submit the following Joint Status Report:

   The parties in the above-entitled action have reached a settlement in this matter, pending approval of all appropriate departments, boards, agencies, and commissions of the City and County of San Francisco.

   The parties hereby request that the Court take all pending matters off calendar to give the parties an opportunity to effectuate the settlement and file a dismissal.  Plaintiff shall dismiss this

1  action with prejudice upon performance of the settlement agreement, which the parties anticipate will
2  occur within 90 days.

4  Dated: April 28, 2011

By: _____/s/_____
ROBERT A. BONTA
Deputy City Attorney
San Francisco City Attorney's Office
Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO and
DIANE KENNY

Dated: April 28, 2011

By: _____/s/_____
MARIA LEE KINSTLEY
Pro Se Plaintiff

# PROOF OF SERVICE

I, ANITA MURDOCK, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On April 28, 2011, I served the attached:

## JOINT STATUS REPORT

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

**Maria Lee Kinstley**
**P.O. Box 126**
**Walnut Creek, CA 94597**

**Phone: (925) 695-5534 or**
**(925) 285-8194**
**Fax: (925) 943-1994**
**PRO SE**

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY EXPRESS SERVICES OVERNITE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the office(s) of the addressee(s).

☐ **BY FACSIMILE**: I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted was Fax #'.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 28, 2011, at San Francisco, California.

*/s/ Anita Murdock*

Anita Murdock