1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4268
6  Facsimile:    (415) 554-3837
   E-Mail:       robert.bonta@sfgov.org

8  Attorneys for Defendants
   CITY & COUNTY OF SAN FRANCISCO and
9  DIANE KENNY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIA LEE KINSTLEY and KENNETH R. KINSTLEY, | Case No. C 07-02323 MEJ |
|---|---|
| Plaintiffs, | REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER OF DISMISSAL |
| vs. | Trial Date: |
| CITY & COUNTY OF SAN FRANCISCO, CITY OF PLEASANT HILL and DIANNE KENNY, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: Feb. 11. 2011

By: _____
MARIA KINSTLEY,
Plaintiff, In Pro Per

Dated: March 7, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
City Trial Deputy
ROBERT A. BONTA
Deputy City Attorney

By: _____
ROBERT A. BONTA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
DIANE KENNY

**ORDER**

**IT IS SO ORDERED.**

Dated: June 17, 2011

_____
United States District Court Judge

Request for Dismissal;
USDC CASE NO. C 07-02323 MEJ

2

n:\lit\li2009\080381\00677662.doc